NUMBER 13-02-205-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

YOKOHAMA RUBBER COMPANY, LTD.,                              Appellant,

v.

RIGOBERTO RIVERA, INDIVIDUALLY, ET AL.,                      Appellees.
___________________________________________________________________

On appeal from the 93rd District Court 
of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Dorsey



Opinion Per Curiam

         Appellant, YOKOHAMA RUBBER COMPANY, LTD., perfected an appeal from
an order entered by the 93rd District Court of Hidalgo County, Texas, in cause number
C-1745-00-B. After the record and briefs were filed and after the cause was orally
argued to the Court, the parties filed an agreed motion to set aside the order on appeal
without regard to the merits and remand for entry of judgment in conformity with
settlement. 
         The Court, having examined and fully considered the documents on file and the
parties’ agreed motion, is of the opinion that the motion should be granted. The
agreed motion is granted, and the order of the trial court is hereby SET ASIDE and the
cause is REMANDED to the trial court for entry of judgment in conformity with the
parties’ settlement agreement.  
                                                      PER CURIAM
Opinion delivered and filed this
the 22nd day of July, 2004.